UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY V. NEWCOM**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br> Defendants. | 2:19-CV-13745 <br><br><br><br> **JUDGMENT** |

In accordance with the Order entered on this date, accepting and adopting Magistrate Judge Stafford's Report and Recommendation (ECF No. 16),

It is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Summary Judgment is denied, Defendant's Motion for Summary Judgment is granted, the Commissioner's decision is affirmed, and the case is **DISMISSED**.

Dated at Detroit, Michigan: March 24, 2021

                                                KINIKIA ESSIX
                                              CLERK OF THE COURT

                                              /s/ A. Chubb
                                              Case Manager and Deputy Clerk

APPROVED:

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE